Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VICKI LEAF, et al.,

                Plaintiffs,

v.

HOME DEPOT USA, INC.,

                Defendant.

CASE NO. 2:17-cv-01937-RAJ

STIPULATED MOTION AND ORDER FOR REMAND TO STATE COURT

## **STIPULATED MOTION**

This is a personal injury action based on the theory of premises liability. This action was originally filed on August 23, 2017 in the King County Superior Court under cause number 17-2-22147-3SEA. The case was removed to Federal District Court on December 29, 2017. After substitution of counsel, the parties have agreed that the matter should be remanded to the King County Superior Court. By way of this Stipulated Motion, the parties hereto, by and through their respective counsel, move that the court enter an Order remanding this matter to the King County Superior Court.

STIPULATED MOTION AND ORDER
OF REMAND TO STATE COURT- 1

**LAW OFFICE OF TIMOTHY REID, P.S.**
605 EAST SUNSET WAY, SUITE 100
ISSAQUAH, WA 98027
TEL: (425) 313-9414  FAX: (425) 557-0542

Dated this 26th day of November, 2018.

                    Law Office of Timothy A. Reid, P.S.

/s/ Timothy A. Reid
Timothy A. Reid, WSBA #13840
Attorney for Plaintiff
Law Office of Timothy A. Reid
605 East Sunset Way, Suite 100
Issaquah, WA 98027
425-313-9414
Tim@reidlegal.com

.

Law Office of Sweeney & Dietzler

/s/ Max G. Nicolai
Max G. Nicolai, WSBA #1682
Attorney for Defendant
Law Office of Sweeney & Dietzler
1001 Fourth Ave, Suite 3300
Seattle, WA 98154-1101
206-633-1310
Max.Nicolai@LibertyMutual.com

STIPULATED MOTION AND ORDER
OF REMAND TO STATE COURT- 2

**LAW OFFICE OF TIMOTHY REID, P.S.**
605 EAST SUNSET WAY, SUITE 100
ISSAQUAH, WA 98027
TEL: (425) 313-9414   FAX: (425) 557-0542

# ORDER OF REMAND TO KING COUNTY SUPERIOR COURT

Based upon the stipulated motion of the parties, it is hereby ORDERED that this matter be remanded to the King County Superior Court under Cause No. 17-2-22147-3SEA.

DATED this 12th day of December, 2018.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

STIPULATED MOTION AND ORDER
OF REMAND TO STATE COURT- 3

**LAW OFFICE OF TIMOTHY REID, P.S.**
605 EAST SUNSET WAY, SUITE 100
ISSAQUAH, WA 98027
TEL: (425) 313-9414  FAX: (425) 557-0542